JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-09737-RGK-KS | Date | July 16, 2020 |
|---|---|---|---|
| Title | *Michael Rhambo v. Nghia Tang et al* | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(IN CHAMBERS) ORDER RE: Court's Order to Show Cause**

On November 13, 2020, Michael Rhambo ("Plaintiff") filed a Complaint against Nghia Tang and Stravroula Angelopoulos (collectively "Defendants") alleging violations of the Americans with Disabilities Act and the California Unruh Civil Rights Act.

On July 2, 2020, this Court issued an Order to Show Cause (OSC) as to why this case should not be dismissed for lack of prosecution, as no answer had been filed and Plaintiff had not moved for default. That Order directed Plaintiff to file an application for entry of default by July 6, 2020, or else this case would be dismissed.

On July 6, Plaintiff instead filed a request for an extension of time until July 15 to respond to the Court's OSC on the basis that settlement negotiations with the Defendants were ongoing. The Court denied that request on July 10, and gave Plaintiff three days to move for default in accordance with its OSC. (ECF No. 18.)

It is now July 16, and Plaintiff has failed to move for default or make any other response. The Court therefore **DISMISSES** Plaintiff's case for lack of prosecution.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer

_____